Name & Address:
KENNETH G. EADE, ESQ. (SBN 93774)
LAW OFFICE OF KENNETH G. EADE
6399 WILSHIRE BLVD., SUITE 507
LOS ANGELES, CA 90048
TEL: (323) 782-8802  FAX: (323) 704-3539

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIRK DE MAISON<br><br>PLAINTIFF(S)<br>v.<br>RICHARD BERMAN, an individual, DOMINICK D'ALLEVA, an individual, AMERICAN REGISTRAR AND TRANSFER CO., a Utah corporation, and DOES 1 through 10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV13-1165 JGB (DTBx)<br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __KENNETH G. EADE, ESQ.__, whose address is __6399 WILSHIRE BLVD., SUITE 507, LOS ANGELES, CA 90048__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL - 1 2013

Dated: _____

Clerk, U.S. District Court

By: __JULIE PRADO__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*