KENNETH G. EADE (SBN 93774)
keneade@gmail.com
LAW OFFICE OF KENNETH G. EADE
6399 Wilshire Blvd., Suite 507
Los Angeles, CA  90048
Telephone:  323-782-8802
Facsimile:  323-704-3539

Attorney for Plaintiff
ZIRK DE MAISON

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ZIRK DE MAISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD BERMAN, an individual, DOMINICK D'ALLEVA, an individual, AMERICAN REGISTRAR AND TRANSFER CO., a Utah corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 13-1165 JGB (DTBx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>Courtroom:　1, Riverside<br>Judge:　　　Hon. Jesus G. Bernal |

　　Pursuant to the Plaintiff's Request for Dismissal with Prejudice,

　　IT IS ORDERED that the Plaintiff's complaint be and hereby is dismissed with prejudice with each party to bear their own attorney's fees and costs.

DATED:  July 23. 2013

　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

JS-6